AO 247 (02/08) Order Regarding Motion for Sentence Reduction

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/3/08

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Scottie Johnson | ) | Case No: 6:02CR60064-001 |
| | ) | USM No: 11598-035 |
| Date of Previous Judgment: 05/21/2003 | ) | J. Kevin Stockstill, esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __97__ months **is reduced to** __78__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __29__          Amended Offense Level: __27__
Criminal History Category: __II__       Criminal History Category: __II__
Previous Guideline Range: __97__ to __121__ months   Amended Guideline Range: __78__ to __97__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

COPY SENT
DATE 3/3/08
BY GB
TO USP cc
   USM cc

## III. ADDITIONAL COMMENTS
The sentence reduction ordered above is subject to the prohibition found in U.S.S.G. §1.B.1.10(b)(2)(C).

Except as provided above, all provisions of the judgment dated __05/21/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/03/2008__

Effective Date: _____
(if different from order date)

Tucker L. Melancon, United States District Judge
Printed name and title